# EXHIBIT A

FILED
8/25/2021 3:15 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-21-03515-E

| | | |
|---|---|---|
| CHRIS MOODY | § | IN THE COUNTY COURT |
| | § | |
| | § | |
| v. | § | AT LAW NO. _____ |
| | § | |
| ANTHONY CAVE and ROADRUNNER | § | |
| TRANSPORTATION SERVICES, INC. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Chris Moody ("Plaintiff") files this Original Petition complaining of Defendants Anthony Cave and Roadrunner Transportation Services, Inc. ("Defendants") and for cause of action states the following:

## DISCOVERY CONTROL PLAN

1.   Pursuant to Rules 190.1 and 190.3 of the Texas Rules of Civil Procedure, Plaintiff states that discovery in this cause is intended to be conducted under Level 3.

## JURY DEMAND

2.   Pursuant to Rules 216 and 217 of the Texas Rules of Civil Procedure, Plaintiff requests a jury trial of this matter.  Accordingly, Plaintiff tenders the proper jury fee with the filing of Plaintiff's Original Petition.

## PARTIES

3.   Plaintiff Chris Moody is an individual residing in Ellis County, Texas.

4.   Defendant Anthony Cave is a nonresident. A current search of records indicates that he resides at 4534 Roth Avenue, Cincinnati, Ohio 45238 and may be served by delivering a copy of the citation directed to Defendant and this petition, by and through his substituted agent for service of process, J. Bruce Bugg, Jr., Chairman, Texas Transportation

Commission, 125 E. 11th Street, Austin, Texas 78701, pursuant to Tex.Civ. Prac. & Rem. Code § 17.062.

5.      Defendant Roadrunner Transportation Services, Inc. is an incorporated entity and may be served through its registered agent CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## VENUE AND JURISDICTION

6.      Venue is proper in this Court by virtue of Tex. Civ. Prac. & Rem. Code §15.002(a). Furthermore, this Court has jurisdiction in that the damages being sought are within the jurisdictional limits of this Court.

## FACTS

7.      This lawsuit is based on a motor vehicular collision occurring on or about 11/03/2020, at or near the intersection of Roy Orr Blvd. and Shady Grove Road, Irving, Texas (hereinafter referred to as "The Collision").

8.      The Collision was proximately caused by the negligence and / or negligence *per se* of Defendants.

9.      At the time of the collision, Defendant Anthony Cave was working in the course and scope of his employment for Defendant Roadrunner Transportation Services, Inc.  As a result of the collision, Plaintiff suffered serious, severe, and life altering injuries and damages.

## CAUSES OF ACTION

### Negligence, Negligence *Per Se*, and/or Gross Negligence and Respondeat Superior

10.     At the time of The Collision, Defendants Anthony Cave and Roadrunner Transportation Services, Inc. were negligent and / or negligent *per se* in one or more of the following

particulars:

a.   In failing to keep such a lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

b.   In failing to timely apply the brakes of her vehicle in order to avoid the collision in question;

c.   In driving a vehicle at a rate of speed which was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;

d.   In failing to yield the right-of-way;

e.   In failing to maintain the vehicle under control;

f.   In following too closely;

g.   In disregarding traffic signals;

h.   In failing to take proper evasive action;

i.   In driving while inattentive;

j.   In driving while looking at Defendant's cell phone, texting, emailing, or otherwise using a cellular device which diverted Defendant's attention from the road in front of Defendant; and

k.   In violating Texas Transportation Code Section 545.4251 (use of portable wireless communication device for electronic messaging).

11.   At the time of The Collision, Defendant Anthony Cave was acting in the course and scope of his employment with Defendant Roadrunner Transportation Services, Inc. As a result, Defendant Roadrunner Transportation Services, Inc. is legally liable for the acts and omissions of negligence of Defendant Anthony Cave under the doctrine of respondeat superior.

12.   Roadrunner Transportation Services, Inc. was negligent in hiring Defendant Anthony Cave as a driver and negligent in allowing him to continue driving vehicles for them when they reasonably should have known that it was unsafe to do so. It was also negligent in its training of Defendant Anthony Cave and its operation of its company vehicle system. Such negligence, singularity or in combination with others, proximately caused The Collision.

13.   The above-mentioned acts of negligence on the part of Defendants were of such character

as to make Defendant guilty of gross negligence. Defendants' acts of negligence, when viewed objectively from the standpoint of Defendants, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others. Defendants had actual, subjective awareness of this risk, but nevertheless proceeded with conscious indifference to the rights, safety, and welfare of Plaintiff. The gross negligence of Defendants was a proximate cause of the Collision and of the damages and injuries alleged herein. As a result of Defendants' gross negligence, Plaintiff seeks exemplary damages in an amount in excess of the jurisdictional limits of this Court.

14.   Each of the foregoing acts or omissions, singularly or in combination with others, constituted negligence, negligence *per se*, and/or gross negligence, which proximately caused The Collision and Plaintiff's injuries and damages.

## PERSONAL INJURIES AND DAMAGES

15.   As a result of Defendants' negligent actions, Chris Moody suffered personal injuries. Consequently, Chris Moody seeks recovery of the following damages:

a.   Medical Expenses:  Chris Moody incurred bodily injuries, which were caused by The Collision and Chris Moody incurred medical expenses for treatment of such injuries. Chris Moody believes that, in reasonable medical probability such injuries will require the need for future medical care.

b.   Physical Pain:  Chris Moody endured physical pain as a result of the personal injuries sustained in The Collision and reasonably anticipates such pain will continue in the future.

c.   Mental Anguish:  Chris Moody endured mental anguish as a result of the personal injuries sustained in The Collision and reasonably anticipates such mental anguish will continue in the future.

d.   Disfigurement: Chris Moody endured disfigurement as a result of the personal injuries sustained in The Collision and reasonably anticipates such will

continue in the future.

    e.    <u>Impairment</u>: Chris Moody endured physical impairment as a result of the personal injuries sustained in The Collision and reasonably anticipates such in the future.

    f.    <u>Loss of Earning Capacity</u>:  Chris Moody lost wages as a result of the personal injuries sustained in The Collision. Chris Moody reasonably believes that such injuries will diminish Plaintiff's earning capacity in the future.

## AGGRAVATION

16.    In the alternative, if it be shown that the Plaintiff suffered from any pre-existing injury, disease and/or condition at the time of the incident made the basis of the lawsuit, then such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Defendants.

## PROPERTY DAMAGE

17.    As a proximate result of the above-detailed conduct on the part of the Defendants, the vehicle Plaintiff was in at the time of the collision was damaged in an amount in excess of the jurisdictional limits of this Court, for which the Defendants are hereby sued and recovery is sought.

## U.S. LIFE TABLES

18.    Notice is hereby given to the Defendants that Plaintiff intends to use the U. S. Life Tables as published by the Department of Health and Human Services - National Vital Statistics Report in the trial of this matter.  Plaintiff requests that this Honorable Court take judicial notice of those rules, regulations, and statutes of the United States and the State of Texas, pursuant to Texas Rule of Evidence 201 and 1005.

## RELIEF SOUGHT

19.     Pursuant to Texas Rules of Civil Procedure 193.7, notice is hereby given of the intention

to use any of the documents exchanged and/or produced between any party during the trial

of this case.  All conditions precedent to Plaintiff's right to recover the relief sought herein

have occurred or have been performed.

20.     As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff states that the damages

sought are in an amount within the jurisdictional limits of this Court.  As required by Rule

47(c), Texas Rules of Civil Procedure, Plaintiff states that Plaintiff seeks monetary relief

in excess of $250,000, but less than $1,000,000. As discovery takes place and testimony is

given, Plaintiff will be in a better position to give the maximum amount of damages sought.

21.     Plaintiff requests that Defendants be cited to appear and answer, and that this case be tried

after which Plaintiff recover:

a.      Judgment against Defendants for a sum within the jurisdictional limits of
        this Court for the damages set forth herein;
b.      Pre-judgment interest at the maximum amount allowed by law;
c.      Post-judgment interest at the maximum rate allowed by law;
d.      Costs of suit; and
e.      Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

REYES | BROWNE | REILLEY

  */s/ Timothy R. Reilley*
Timothy R. Reilley
State Bar No. 00797297
Max M. Murphy
State Bar No. 24098159
8222 Douglas Ave, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (Fax)

tim@reyeslaw.com
max@reyeslaw.com
**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT B

FILED
10/6/2021 4:23 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

## CAUSE NO. cc-21-03515-E

| | | |
|---|---|---|
| **CHRIS MOODY** | § | **IN THE COUNTY COURT** |
| | § | |
| **V.** | § | **AT LAW NO. 5** |
| | § | |
| **ANTHONY CAVE AND ROADRUNNER** | § | |
| **TRANSPORTATION SERVICES, INC.** | § | **DALLAS COUNTY, TEXAS** |

## ORIGINAL ANSWER OF DEFENDANTS ANTHONY CAVE AND ROADRUNNER TRANSPORTATION SERVICES, INC.

TO THE HONORABLE COURT:

**NOW COMES** Anthony Cave and Roadrunner Transportation Services, Inc., named Defendants in the above-entitled and numbered cause, and file this Original Answer, and show the Court:

### I.
### GENERAL DENIAL

Defendants Anthony Cave and Roadrunner Transportation Services, Inc. deny each and every allegation of Plaintiff's Original Petition and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

### II.
### JURY DEMAND

Defendants respectfully demand a trial by jury of the above entitled and numbered cause.

### III
### RESERVATION OF RIGHT TO AMEND

Defendants expressly reserve the right to amend this pleading at a later date, in order to assert additional matters which may become apparent during the course of discovery.

## IV.
## NOTICE

Pursuant to Texas Rules of Civil Procedure 193.7, Defendants give notice that all documents produced by any party herein will be used at any pre-trial proceeding and at trial.

## PRAYER

Defendants Anthony Cave and Roadrunner Transportation Services, Inc. pray the Court, after notice and hearing or trial, enter judgment in favor of Defendants, award these Defendants their costs of court, and such other and further relief as Defendants Anthony Cave and Roadrunner Transportation Services, Inc. may be entitled to in law or in equity.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
1300 Summit Ave., Suite 700
Fort Worth, Texas 76102
Tele.   (817) 509-2044
Fax.   (817) 509-2060
E-Mail:  sodell@namanhowell.com

BY: _____
**MICHAEL SHANE O'DELL**
State Bar No. 24065835

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This certifies that on October 6, 2021, a true and correct copy of the foregoing was served as follows:

Timothy R. Reilley
Reyes | Browne | Reilley
8222 Douglas Ave., Suite 400
Dallas, TX 75225

_____

**Michael Shane O'Dell**

# EXHIBIT C

FILED
9/22/2021 11:40 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

## <u>AFFIDAVIT OF SERVICE</u>

State of Texas                     County of DALLAS                     County Court No. 5 Court

Case Number: CC2103515E

Plaintiff:
**CHRIS MOODY**

vs.

Defendant:
**ANTHONY CAVE AND ROADRUNNER TRANSPORTATION SERVICES, INC.**

For:
Timothy R. Reilley
REYES  BROWNE
8222 Douglas Avenue
Suite 400
Dallas, TX 75225

Received by Alliance Civil Process, Inc. on the 10th day of September, 2021 at 3:07 pm to be served on **ANTHONY CAVE BY DELIVERING THROUGH THE TEXAS TRANSPORTATION COMMISSION, 125 EAST 11TH STREET, AUSTIN, TX 78701.**

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **13th day of September, 2021** at **3:17 pm, I:**

served the **TRANSPORTATION COMMISSION** by delivering in duplicate a true copy of the **CITATION AND PLAINTIFF'S ORIGINAL PETITION** with the date of service endorsed thereon by me, to: **Jenna Townsend** at **125 EAST 11TH STREET, AUSTIN, TX 78701**, as the designated agent for the Texas Transportation Commission to accept service of process on behalf of **ANTHONY CAVE.** An administrative fee of $25.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 13th
day of September, 2021 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

_____
Dane Ray Cuppett
PSC-7114, Exp. 10/31/23

9 / 13 / 2021
_____
Date

**Alliance Civil Process, Inc.**
**136 W. McLeroy Blvd.**
**Suite A**
**Saginaw, TX 76179**
**(817) 306-4150**

Our Job Serial Number: FWT-2021002471
Ref: 20110586485

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-21-03515-E
COUNTY COURT AT LAW NO. 5
Dallas County, Texas

TO:

**ANTHONY CAVE**
**C/O CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION**
**J. BRUCE BUGG, JR.**
**125 E 11TH STREET**
**AUSTIN TX 78701**

**ANTHONY CAVE**
**4534 ROTH AVENUE**
**CINCINNATI, OHIO 45238**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 5 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**CHRIS MOODY**
*Plaintiff(s)*

VS.

**ANTHONY CAVE; ROADRUNNER TRANSPORTATION SERVICES, INC.**
*Defendant(s)*

Filed in said Court on the 25th day of August, 2021, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 27th day of August, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By_____, Deputy
         Momodou Bayo



| ATTORNEY |
|---|
| **CITATION** |
| **PLAINTIFF'S ORIGINAL PETITION** |
| **CC-21-03515-E** |
| IN THE COUNTY COURT OF DALLAS |
| County Court at Law No. 5 |
| **Dallas County, Texas** |
| CHRIS MOODY, *Plaintiff(s)* |
| VS. |
| ANTHONY CAVE; ROADRUNNER TRANSPORTATION SERVICES, INC., *Defendant(s)* |

**SERVE:**
**ANTHONY CAVE**
**C/O CHAIRMAN OF THE TEXAS**
**TRANSPORTATION COMMISSION**
**J. BRUCE BUGG, JR.**
**125 E. 11TH STREET**
**AUSTIN, TX 78701**

**ANTHONY CAVE**
**4534 ROTH AVENUE**
**CINCINNATI, OHIO 45238**

**ISSUED THIS**
**27TH DAY OF AUGUST, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: MOMODOU BAYO, DEPUTY

Attorney for Plaintiff
TIMOTHY R REILLEY
REYES BROWNE REILLEY
8222 DOUGLAS AVENUE
SUITE 400
DALLAS TX 75225
214-526-7900

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

**OFFICER'S RETURN**

CC-21-03515-E        County Court at Law No. 5

CHRIS MOODY vs. ANTHONY CAVE, ROADRUNNER TRANSPORTATION SERVICES, INC.

**ADDRESS FOR SERVICE:**
C/O CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION
J. BRUCE BUGG, JR.
125 E 11TH STREET
AUSTIN TX  78701

4534 ROTH AVENUE
CINCINNATI, OHIO 45238

**Fees:**

Came to hand on the _____day of _____, 20_____, at _____o'clock _____.m., and executed in _____ County, Texas by delivering to ANTHONY CAVE in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy    $_____        _____ , Officer

Total        $_____              _____, County, Texas

By:_____ , Deputy

_____ , Affiant

# EXHIBIT D

FILED
9/21/2021 11:10 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of DALLAS** | **County Court No. 5 Court** |

Case Number: CC2103515E

Plaintiff:
**CHRIS MOODY**

vs.

Defendant:
**ANTHONY CAVE AND ROADRUNNER TRANSPORTATION SERVICES, INC.**

For:
Timothy R. Reilley
REYES  BROWNE
8222 Douglas Avenue
Suite 400
Dallas, TX 75225

FWT2021002472

Received by Alliance Civil Process, Inc. on the 9th day of September, 2021 at 11:36 am to be served on **ROADRUNNER TRANSPORTATION SERVICES, INC. BY DELIVERING TO REGISTERED AGENT CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201.**

I, Monty R. Crabb, being duly sworn, depose and say that on the **14th day of September, 2021** at **12:05 pm,** I:

delivered a true copy of the **CITATION AND PLAINTIFF'S ORIGINAL PETITION** with the date of service endorsed thereon by me, to:

**ROADRUNNER TRANSPORTATION SERVICES, INC. BY DELIVERING TO REGISTERED AGENT CT CORPORATION SYSTEM**

by delivering to **GEORGE MARTINEZ** in person as **AUTHORIZED AGENT** at the address of: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201,** who stated they are authorized to accept service.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices.  I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the 15 day
of Sept , 2021 by the affiant who is
personally known to me.

NOTARY PUBLIC

SHERRY ROBERSON
Notary Public, State of Texas
Comm. Expires 01-07-2025
Notary ID 124041036

**Monty R. Crabb**
PSC-278; Exp. 7/31/2022

**Alliance Civil Process, Inc.**
**136 W. McLeroy Blvd., Ste. A**
**Saginaw, TX 76179**
**(817) 306-4150**

Our Job Serial Number: FWT-2021002472
Ref: 20110586485
Service Fee:

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z



# THE STATE OF TEXAS
# CITATION
CAUSE NO. CC-21-03515-E
COUNTY COURT AT LAW NO. 5
Dallas County, Texas

TO:

**ROADRUNNER TRANSPORTATION SERVICES, INC.**
**SERVE ITS REGISTERED AGENT:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TX 75201**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 5 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**CHRIS MOODY**
*Plaintiff(s)*

VS.

**ANTHONY CAVE; ROADRUNNER TRANSPORTATION SERVICES, INC.**
*Defendant(s)*

Filed in said Court on the 25th day of August, 2021, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 27th day of August, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk



By_____, Deputy
Momodou Bayo

---

**ATTORNEY**
**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**
**CC-21-03515-E**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 5
Dallas County, Texas

CHRIS MOODY, *Plaintiff(s)*

VS.

ANTHONY CAVE; ROADRUNNER
TRANSPORTATION SERVICES, INC.,
*Defendant(s)*

**SERVE:**
**ROADRUNNER TRANSPORTATION**
**SERVICES, INC.**
**SERVE ITS REGISTERED AGENT:**
**CT CORPORATION SYSTEM**
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TX 75201**

**ISSUED THIS**
**27TH DAY OF AUGUST, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: MOMODOU BAYO, DEPUTY

Attorney for Plaintiff
TIMOTHY R REILLEY
REYES BROWNE REILLEY
8222 DOUGLAS AVENUE
SUITE 400
DALLAS, TX 75225
214-526-7900

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-21-03515-E   County Court at Law No. 5

CHRIS MOODY vs. ANTHONY CAVE, ROADRUNNER TRANSPORTATION SERVICES, INC.

**ADDRESS FOR SERVICE:**
SERVE ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TX  75201

**Fees:**

Came to hand on the _____day of _____, 20_____, at _____o'clock _____.m., and executed in _____ County, Texas by delivering to ROADRUNNER TRANSPORTATION SERVICES, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| | | |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy   $_____   _____, Officer

Total   $_____   _____, County, Texas

By:_____, Deputy

_____, Affiant

# EXHIBIT E

## Case Information

CC-21-03515-E | CHRIS MOODY vs. ANTHONY CAVE, ROADRUNNER TRANSPORTATION
SERVICES, INC.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CC-21-03515-E | County Court at Law No. 5 | RENTERIA, JUAN |
| File Date | Case Type | Case Status |
| 08/25/2021 | DAMAGES (COLLISION) | OPEN |

## Party

PLAINTIFF
MOODY, CHRIS

Active Attorneys ▼
Lead Attorney
REILLEY, TIMOTHY R
Retained

DEFENDANT
CAVE, ANTHONY

Address
C/O CHAIRMAN OF THE TEXAS TRANSPORTATION
COMMISSION
125 E. 11TH STREET
AUSTIN TX 78701

Active Attorneys ▼
Lead Attorney
O'DELL, MICHAEL SHANE
Retained

DEFENDANT
ROADRUNNER TRANSPORTATION SERVICES, INC.

Address

SERVE ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

DEFENDANT
ROADRUNNER TRANSPORTATION SERVICES, INC.

Active Attorneys ▾

Lead Attorney
O'DELL, MICHAEL SHANE
Retained

# Events and Hearings

08/25/2021 NEW CASE FILED (OCA)

08/25/2021 ORIGINAL PETITION ▾

PLAINTIFF'S ORIGINAL PETITION

Comment
PLAINTIFF'S ORIGINAL PETITION

08/25/2021 ISSUE CITATION ▾

CITATION 2012

CITATION 2012

Comment
ESERVE# 56722086

08/25/2021 JURY TRIAL DEMAND

08/27/2021 CITATION (SERVICE) ▾

Served
09/13/2021

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**ATTORNEY**

Returned
**09/22/2021**
Comment
**ANTHONY CAVE**

08/27/2021 CITATION (SERVICE) ▼

Served
**09/14/2021**

Anticipated Server
**ATTORNEY**

Anticipated Method
Actual Server
**PRIVATE PROCESS SERVER**

Returned
**09/21/2021**
Comment
**ROADRUNNER TRANSPORTATION SERVICES, INC.**

09/21/2021 RETURN OF SERVICE ▼

ROADRUNNER TRANSPORATION SERVICES, INC. ON 09/14/2021 AT 12:05 PM

Comment
SERVED ON ROADRUNNER SERVICES, INC. ON 09/14/2021 AT 12:05 PM

09/22/2021 RETURN OF SERVICE ▼

ANTHONY CAVE

Comment
ANTHONY CAVE SERVED 9/13/21 AT 3:17 PM

09/29/2021 VACATION LETTER

10/06/2021 ORIGINAL ANSWER ▼

ORIGINAL ANSWER: A. CAVE & ROADRUNNER TRANSPORT

Comment
OF DEFENDANTS ANTHONY CAVE AND ROADRUNNER TRANSPORTATION
SERVICES, INC.

10/07/2021 JURY TRIAL DEMAND

11/22/2021 DISMISSAL HEARING ▼

1 CCL#5 Y LETTER

Judicial Officer
GREENBERG, MARK

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

## Financial

ROADRUNNER TRANSPORTATION SERVICES, INC

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $40.00 |
| Total Payments and Credits | | | | $40.00 |
| 10/7/2021 | Transaction Assessment | | | $40.00 |
| 10/7/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-10573 | ROADRUNNER TRANSPORTATION SERVICES, INC. | ($40.00) |

MOODY, CHRIS

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $325.00 |
| Total Payments and Credits | | | | $325.00 |
| 8/25/2021 | Transaction Assessment | | | $325.00 |
| 8/25/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-08742 | MOODY, CHRIS | ($325.00) |

## Documents

- PLAINTIFF'S ORIGINAL PETITION
- 1 CCL#5 Y LETTER
- CITATION 2012
- CITATION 2012
- ROADRUNNER TRANSPORATION SERVICES, INC. ON 09/14/2021 AT 12:05 PM
- ANTHONY CAVE
- ORIGINAL ANSWER: A. CAVE & ROADRUNNER TRANSPORT